IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHER DIVISION

**STEVEN RAY CASEY**    **PLAINTIFF**
**ADC #106322**

v.    Case No. 3:23-cv-00114-KGB

**MISSISSIPPI COUNTY SHERIFF**
**DEPARTMENT,** *et al.*    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge Joe J. Volpe (Dkt. No. 26). Plaintiff Steven Ray Casey has not filed any objections, and the time for filing objections has passed. As noted in the Recommended Disposition, Mr. Casey has filed with the Court notices and a letter of intent seeking appointment of a special master and counsel, but Mr. Casey has not complied with the Court's February 28, 2024, Order requiring that Mr. Casey pay the filing fee in full or file an application to proceed *in forma pauperis* (*Id.*). After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (Dkt. No. 26). Accordingly, the Court dismisses without prejudice Mr. Casey's complaint for failure to prosecute (Dkt. No. 2). The Court denies as moot Mr. Casey's motion to appoint a special master and counsel (Dkt. No. 25). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of September, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge