IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHER DIVISION

**STEVEN RAY CASEY**                                                                                    **PLAINTIFF**
**ADC #106322**

v.                                         Case No. 3:23-cv-00114-KGB

**MISSISSIPPI COUNTY SHERIFF**
**DEPARTMENT,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Steven Ray Casey's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 3rd day of September, 2024.

                                                                                            _____
                                                                                            Kristine G. Baker
                                                                                            Chief United States District Judge

1